Jack Slavik
Counsel for Plaintiff
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, WA 98101-3071
Telephone: (206) 340-1000
Facsimile: (206) 621-8783
E-mail: jslavik@cozen.com

*Admitted pro hac vice
for plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAYTAG CORPORATION, d/b/a AMANA, a Delaware corporation,<br><br>Defendant. | No. 06-CV-1401-SU<br><br>JOINT ADR REPORT |

In accordance with LR 16.4(d), this Joint Alternative Dispute Resolution (ADR) Report is filed on behalf of all parties to this action:

    1.    Have counsel held settlement discussions with their clients and the opposing party?

    Yes, the parties are currently in settlement negotiations.

    2.    The parties propose:

    If the parties are unable to resolve the case informally, they will promptly schedule a mediation.

JOINT ADR REPORT - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

DATED this **29** day of March, 2007.

| | |
|---|---|
| /s/ *[signature]*<br>Jack Slavik<br>Attorney for Plaintiff<br>COZEN O'CONNOR<br>1201 Third Avenue<br>Suite 5200<br>Seattle, WA 98101-3071<br>Telephone: (206) 340-1000<br>Fax: (206) 621-8783<br>E-mail: jslavik@cozen.com<br>*admitted pro hac vice* | /s/ Tracy D. Knox<br>per telephone authority<br>Tracy D. Knox<br>Attorney for Defendant<br>Barnes & Thornburg, LLP<br>600 1st Source Bank Center<br>100 North Michigan Street<br>South Bend, IN 46601-1632<br>Telephone: (574) 233-1171<br>Fax: (574) 237-1125<br>E-mail: tracy.knox@btlaw.com<br>*admitted pro hac vice* |

JOINT ADR REPORT - 2

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

# CERTIFICATE OF SERVICE

I hereby certify that on March **29**, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Tracy D. Knox
Counsel for Defendant
Barnes & Thornburg LLP
600 1st Source Bank Center
100 North Michigan Street
Southbend, IN  46601-1634
Telephone: (574) 233-1171
Facsimile:  (574) 237-1125
E-mail:  tracy.knox@btlaw.com

There are no non CM/ECF participants.

/s/   Jack Slavik
Attorney for Plaintiff
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle, WA  98101-3071
Telephone:  (206) 340-1000
Fax:  (206) 621-8783
E-mail: jslavik@cozen.com

SEATTLE\576603\1  158738.000
3/29/07

JOINT ADR REPORT - 3

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000